**UNITED STATES BANKRUPTCY**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:    Case No. 15-36367 ) | |
| ) | |
| LENELL W. SMITH, SR., ) | |
| ) | |
| Debtor, ) | |
| ) | Bk No. 15-36367 |
| THE ILLINOIS DEPARTMENT OF ) | |
| EMPLOYMENT SECURITY, ) | |
| ) | Adv. Pro. No. 16-00119 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Jack B. Schmetterer |
| ) | |
| LENELL W. SMITH, SR., ) | |
| ) | |
| Defendant. ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of facts and conclusions of law.

### FINDINGS OF FACT

1. The defendant, Lenell W. Smith, Sr., was employed by North Star Cable Construction, Inc., for the weeks ending July 2, 2011 through December 31, 2011.

2. The defendant earned wages for said periods as set forth in the Notice of Fraud Decisions.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $7,273.00.

4. The defendant did not report his employment or his earnings during these periods.

5. As of  4/1/2016  , the sum of $7,436.65 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $7,273.00 in unemployment benefits to which he was not entitled.

2. As of 4/1/2016, the defendant is indebted to plaintiff in the sum of $7,436.65.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C.§523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: _____

Dated: 4/14/16

APR 14 2016

-2-